# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT COLORADO

| | |
|---|---|
| **SYD MULHOLLAND,**<br><br>**Plaintiff,**<br><br>v.<br><br>**URBAN OUTFITTERS, INC.,**<br><br>**Defendant.** | Civil Action No. 1:17-CV-02567 |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

The Parties hereby stipulate and agree pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that Plaintiff Syd Mulholland dismisses all claims in this matter as against Defendant Urban Outfitters, Inc. without prejudice. All parties shall bear their own costs.

KLAFTER OLSEN & LESSER LLP
Attorneys for Plaintiff

DRINKER BIDDLE & REATH LLP
Attorneys for Defendant


By: *s/ Michael H. Reed*
    Michael H. Reed

By: *s/ William R. Horwitz*
    William R. Horwitz


Dated: September 7, 2018

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of September, 2018, a true and correct copy of the foregoing Stipulation of Dismissal was filed electronically via the CM/ECF system, and a copy was served by first class mail, postage prepaid, on the following:

William R. Horwitz, Esq.
600 Campus Drive
Florham Park, New Jersey 07932
E-mail: William.horwitz@dbr.com
Telephone: (973) 549-7142
Fax: (973) 360-9831

       /s/   Michael H. Reed
Michael H. Reed
Seth R. Lesser
Fran L. Rudich
KLAFTER OLSEN & LESSER LLP
Two International Drive, Suite 350
Rye Brook, New York 10573

Brian D. Gonzalez, Esq
THE LAW OFFICES OF BRIAN D. GONZALEZ, PLLC
2580 East Harmony Road, Suite 201
Fort Collins, Colorado 80528

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COLORADO**

| | |
|---|---|
| **SYD MULHOLLAND,**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**URBAN OUTFITTERS, INC.,**<br><br>    **Defendant.** | **Civil Action No. 1:17-CV-02567** |

**[PROPOSED] ORDER STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

The Court, having reviewed the Parties' Stipulation of Dismissal Without Prejudice ("Stipulation"), and for good cause appearing, hereby rules as follows:

Pursuant to the Stipulation that the parties filed under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court hereby dismisses this action in its entirety without prejudice.

It is so **ORDERED**.


Dated: _____, 2018        By: _____
                                              HONORABLE PHILIP A. BRIMMER
                                              UNITED STATES DISTRICT JUDGE